IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **Ebony Staten** | **)** | Chapter 13 |
| | **)** | |
| | **)** | |
| Debtor | **)** | |
| | **)** | Bankruptcy No.: **18-15944** |

## CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, hereby certify that there has been no response filed by any party listed on the Certificate of Service to Counsel's Application for Compensation.

Date: **March 7, 2019**                                    Respectfully Submitted,

                                                                        **\s\ Michael D. Sayles**
                                                                        Michael D. Sayles
                                                                        Attorney for Debtor
                                                                        427 W. Cheltenham Avenue, Suite #2
                                                                        Elkins Park, PA  19027
                                                                        215-635-2270 (phone)
                                                                        215-424-1263 (fax)
                                                                        midusa1@comcast.net