IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Ebony Staten**  :  CHAPTER: 13
:
:
DEBTOR  :  Bankruptcy No.: **18-15944**

## CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, counsel for the Debtor in the above-captioned case, hereby certify that the Chapter 13 Standing Trustee nor any other party of interest has filed a responsive pleading to Debtor's Motion to Modify Plan Post Confirmation

Respectfully Submitted,

Dated: August 21, 2020

\s\ **Michael D. Sayles**
Michael D. Sayles
Attorney for Debtor
427 W. Cheltenham Avenue, Suite #2
Elkins Park, PA  19027
215/635-2270