IN THE UNITED STATES BANKRUPTCY COURT FOR THE EASTERN DISTRICT
OF PENNSYLVANIA

IN RE:
PIERRETTE V. PEARSON,                    :   CHAPTER 13
Debtor                                   :   BANKR. No. 22-10803

CERTIFICATION OF NO RESPONSE

I hereby certify that, on March 7, 2023, I served Notice of the Fee Application of the Debtor's Counsel, upon all known creditors, and the entire Application upon the Chapter 13 Trustee, the Debtor, and the Office of the United States Trustee. I further certify that no answer or Objection to my Application or any further administrative claim was filed or served on me by April 1, 2013, and the Order attached to the Application can be entered as uncontested.

Dated:  April 3, 2023

/s/ DAVID A. SCHOLL
512 Hoffman Street
Philadelphia, PA.  19148
610-550-1765
Fax 267-639-9178
Attorney for the Debtor