# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 18-15944-MDC

EBONY T STATEN

1009 GREEN STREET

NORRISTOWN, PA 19401

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    EBONY T STATEN

    1009 GREEN STREET

    NORRISTOWN, PA 19401

Counsel for debtor(s), by electronic notice only.

    MICHAEL SAYLES, ESQUIRE  
    427 W CHELTENHAM AV  
    SUITE #2  
    ELKINS PARK, PA 19027-

Date: 9/20/2022

/S/ Kenneth E. West  
_____  
Kenneth E. West, Esquire  
Chapter 13 Standing Trustee