UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Ebony T. Staten** | : | CHAPTER 13 |
| | : | |
| | : | |
| DEBTOR | : | BANKRUPTCY NO: **18-15944\MDC** |

# ORDER OF COURT

**AND NOW**, this ___12th___ day of ___January___ 2023, **after notice and hearing**, and upon consideration of Debtor's Motion to Modify Chapter 13 Plan Post Confirmation:

It is hereby **ORDERED, ADJUDGED and DECREED** that the Motion is granted.

By the Court:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE