IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: **Ebony Staten** | : | CHAPTER 13 |
| | : | |
| | : | |
| | : | |
| DEBTOR | : | Bankruptcy No.: **18-15944\mdc** |

# CERTIFICATE OF NO RESPONSE

I, Michael D. Sayles, hereby certify that, for the record, there is no responsive pleading filed in opposition to Debtor's Motion to Reinstate the Automatic Stay.

Respectfully Submitted,

Dated: **February 14, 2023**

**\s\ Michael D. Sayles**
Michael D. Sayles
Attorney for Debtor
427 W. Cheltenham Avenue, Suite #2
Elkins Park, PA  19027
215-635-2270 (phone)
Midus1@comcast.net