UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **Ebony Staten** | : | Chapter 13 |
| | : | |
| | : | |
| Debtor | : | Bankruptcy No.: **18-15944\mdc** |

# ORDER OF COURT

**AND NOW,** this __19th__ day of __February__ 2023, after **notice and hearing**, it is hereby **ORDERED and DECREED** that the Debtor's Motion to Reconsider Entry of an Order of Relief & Reinstate the Stay is granted.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE