# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-15944-MDC

EBONY T STATEN

1009 GREEN STREET

NORRISTOWN, PA 19401

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  EBONY T STATEN

  1009 GREEN STREET

  NORRISTOWN, PA 19401

Counsel for debtor(s), by electronic notice only.

  MICHAEL SAYLES, ESQUIRE
  427 W CHELTENHAM AV
  SUITE #2
  ELKINS PARK, PA 19027-

                                              /S/ Kenneth E. West

Date: 4/5/2023                            _____

                                              Kenneth E. West, Esquire
                                              Chapter 13 Standing Trustee