UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: **Ebony Staten**          :     CHAPTER: 13
                                 :
                                 :
DEBTOR                           :     BANKRUPTCY NO.: **18-15944\MDC**

# ORDER OF COURT

**AND NOW**, this <u>    8th    </u> day of <u>    September    </u> 2023, **after notice and hearing**, and upon consideration of Debtor's Motion to Modify Chapter 13 Plan Post Confirmation:

It is hereby **ORDERED, ADJUDGED and DECREED** that the Motion is granted.

_____
MAGDELINE D. COLEMAN
Chief Bankruptcy Judge