United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Ebony T. Staten

   Debtor

Case No. 18-15944-djb

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jul 18, 2025 | Form ID: pdf900 | Total Noticed: 26 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Ebony T. Staten, 1009 Green Street, Norristown, PA 19401-3803 |
| 14203918 | | Bridgecrest credit company, LLC, PO Box 29018, Phoenix AZ 85038 |
| 14193571 | | NJ E-ZPass Violation Center, PO Box 52005, Newark, NJ 07101-8205 |
| 14193573 | + | Office of Deputy Director of Finance for, Adjudication, City of Philadelphia, PO Box 41818, Philadelphia, PA 19101-1818 |
| 14193574 | + | PA Turnpike Toll by Plate, 300 East Park Drive, Harrisburg, PA 17111-2729 |
| 14193576 | | PECO Energy-Payment Processing, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14239484 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, c/o REBECCA ANN SOLARZ, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 19 2025 00:28:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 19 2025 00:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14193568 | | Email/Text: megan.harper@phila.gov | Jul 19 2025 00:28:00 | City of Philadelphia, Law Department-Bankruptcy Unit, Municipal Services Building, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1595 |
| 14193569 | | Email/Text: megan.harper@phila.gov | Jul 19 2025 00:28:00 | City of Philadelphia, Law Department-Bankruptcy Unit, One Parkway Building, 1515 Arch Street, 15th Floor, Philadelphia, PA 19102-1595 |
| 14193567 | | Email/Text: bankruptcy@philapark.org | Jul 19 2025 00:29:00 | City of Philadelphia, Parking Violations Branch, P.O. Box 41818, Philadelphia, PA 19101-1818 |
| 14227087 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 19 2025 00:31:56 | Directv, LLC, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14193570 | ^ | MEBN | Jul 19 2025 00:19:05 | KML Law Group, PC, Suite 5000-BNY Independence Center, 701 Market Street, Philadelphia, PA 19106-1538 |
| 14213826 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 19 2025 00:31:20 | LVNV Funding, LLC its successors and assigns as, assignee of Arrow Financial Services,, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14221233 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 19 2025 00:28:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14206765 | + | Email/Text: bankruptcygroup@peco-energy.com | Jul 19 2025 00:28:00 | PECO Energy Company, 2301 Market Street, S4-1, Philadelphia, PA 19103-1380 |
| 14193781 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |

District/off: 0313-2                          User: admin                                    Page 2 of 3
Date Rcvd: Jul 18, 2025                   Form ID: pdf900                          Total Noticed: 26

| | | | | |
|---|---|---|---|---|
| | | Jul 19 2025 01:09:48 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 | |
| 14193575 | + Email/Text: bankruptcygroup@peco-energy.com | | | |
| | | Jul 19 2025 00:28:00 | Peco Energy Company, c/o Merrick Friel, 2301 Market Street, S23-1, Philadelphia, PA 19103-1380 | |
| 14193577 | + Email/Text: csc.bankruptcy@amwater.com | | | |
| | | Jul 19 2025 00:29:00 | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 | |
| 14245105 | + Email/Text: blegal@phfa.org | | | |
| | | Jul 19 2025 00:28:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 | |
| 14193578 | + Email/Text: blegal@phfa.org | | | |
| | | Jul 19 2025 00:28:00 | Pennsylvania Housing Finance Agency, 2101 North Front Street, Harrisburg, PA 17110-1086 | |
| 14193579 | ^ MEBN | | | |
| | | Jul 19 2025 00:19:05 | Pennsylvania Turnpike Commission, Violation Processing Center, 300 East Park Drive, Harrisburg, PA 17111-2729 | |
| 14216578 | + Email/Text: JCAP_BNC_Notices@jcap.com | | | |
| | | Jul 19 2025 00:28:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 | |
| 14194338 | ^ MEBN | | | |
| | | Jul 19 2025 00:19:21 | Synchrony Bank, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 | |
| 14204749 | + Email/PDF: ebn_ais@aisinfo.com | | | |
| | | Jul 19 2025 00:32:19 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 | |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a
preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14193572 | | NJ EZ Pass, PO Box 4971, NJ 08480 |
| 14239485 | *+ | PENNSYLVANIA HOUSING FINANCE AGENCY, c/o REBECCA ANN SOLARZ, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities
in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and
belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the
complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains
the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2025                       Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | |
| | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| KENNETH E. WEST | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |

LEON P. HALLER

on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com
dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

MICHAEL D. SAYLES

on behalf of Debtor Ebony T. Staten midusa1@comcast.net  midusa1@outlook.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re: **Ebony Staten**                    )          **Chapter 13**
                                           )
                                           )
                                           )
            Debtor                         )          Bankruptcy. No. **18-15944\DJB**

### ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR
### APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES

       **AND NOW**, consideration of the Motion to Dismiss Case filed by Standing
Chapter 13 Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED**
that:

1.    This above-captioned chapter 13 bankruptcy case is **DISMISSED**.

2.    Counsel for the Debtor shall file a master mailing list with the Clerk of the United
      States Bankruptcy Court, if such has not been previously filed.

3.    Any wage orders previously entered are **VACATED**.

4.    Pursuant to 11 U.S.C. §349(b)(3), any undistributed Chapter 13 plan dividend
      payments in the possession of the aforesaid Trustee shall not revest in the entity in
      which such property had vested immediately prior to the commencement of this
      case. **All other property of the estate shall revest pursuant to 11 U.S.C.
      §349(b)(3).**

5.    All applications for allowance of administrative expenses (including applications
      for allowances of professional fees) shall be filed within **twenty (20) days** of the
      entry of this Order.

6.    Counsel for the Debtor shall serve this Order by first class mail, postage prepaid,
      on all interested parties **within five (5) days** of the entry of this Order. Counsel
      shall file a Certification of Service confirming that such a service has been
      accomplished **within  fifteen (15) days** of the entry of this Order.

Date:_____    **July 18, 2025**

                                   _____
                                   Derek J. Baker
                                   U.S. BANKRUPTCY JUDGE