UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **Ebony Staten** | ) | Chapter 13 |
| | ) | |
| | ) | |
| | ) | |
| Debtor | ) Bankruptcy. No. **18-15944\djb** | |

## NOTICE OF SUPPLEMENTAL APPLICATION FOR COUNSEL FEES

TO THE DEBTOR, TRUSTEE, ALL CREDITORS, AND OTHER PARTIES IN INTEREST:

Pursuant to Local Bankruptcy Rule 2002.2, you are hereby notified that counsel for the above listed Debtor has filed an application for counsel fees in the following amounts:

Total counsel fees requested:            $1,000.00

Net amount to be paid by Trustee under Chapter 13 plan:    $1,000.00

You are further notified that any objection or request for hearing on the application must be filed with the United States Bankruptcy Clerk, Suite 400, Robert N. C. Nix Building, 900 Market Street, Philadelphia, PA, 19107 within 21 days of service of this notice. A copy of any objection must be served upon counsel for the Debtor and the standing Chapter 13 Trustee. If no response is received, the Court may enter an order granting the requested counsel fees.

Dated: August 12, 2025                    Signed: \s\ **Michael D. Sayles, Esquire**
                            Michael D. Sayles, Esquire


Michael D. Sayles, Esquire
427 W. Cheltenham Ave., Suite #2
Elkins Park, PA 19027


Kenneth West, Esquire
PO Box 40837
Philadelphia, PA  19107